IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRENCE LOVELL BUTLER, # 245447, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )  CASE NO. 2:15-CV-588-WKW ) [WO] |
| JEFFERSON DUNN, | ) ) |
| Defendant. | ) ) |

## **ORDER**

On September 15, 2015, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 4.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that this case is DISMISSED without prejudice for failure of Plaintiff to pay the initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1)(A).

A separate final judgment will be entered.

DONE this 14th day of October, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE